**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**VICENTE RIVERA JARAMILLO**                **CASE NO.  1:26-CV-00211 SEC P**

**VERSUS**                                                  **JUDGE JAMES D. CAIN, JR.**

**BRIAN ACUNA ET AL**                           **MAGISTRATE JUDGE PEREZ-MONTES**

## JUDGMENT OF DISMISSAL

Considering the Voluntary Motion to Dismiss (Doc. 10),

**IT IS ORDERED** that the petition for habeas corpus is hereby DISMISSED without prejudice, with each party to bear their own costs.

**THUS DONE AND SIGNED** in chambers on this 9th day of April, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**